**Order entered April 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01467-CV

**LEONARD LEVINE AND HENRY CANTU, PARTNERSHIP
STYLED BEST ONE, Appellants**

**V.**

**UNIQUE BEVERAGE COMPANY, DALE PAPPAS, ATKINSON-CRAWFORD
SALES, CO., AND SCOTT GIBBONS, Appellees**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-13075 J**

## ORDER

Appellants' Motion for Rehearing is hereby **DENIED**.

/s/    MARTIN RICHTER
       JUSTICE